PER CURIAM.

(No. 73-CC-86—Claimant ▉▉▉▉▉▉)

LLOYD GENE PERRY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed September 20, 1973.*

LLOYD GENE PERRY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.